No. 90–5946.  HINCHEY v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 90–6179.  CANDELAS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–6328.  LEIBOWITZ v. UNITED STATES ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 90–6406.  PUGH v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–6423.  MOORE v. UNITED STATES; and
No. 90–6460.  MORSE v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.  Reported below: 917 F. 2d 215.

No. 90–6463.  MABERY v. SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–6511.  TATE v. MORRIS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 90–6615.  SHERMAN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–6655.  DEMOS v. GARDNER ET AL.  C. A. 9th Cir. Certiorari denied.

No. 90–6674.  MILLER v. VASQUEZ ET AL.  C. A. 9th Cir. Certiorari denied.

No. 90–6749.  ELLERY v. GROSSMONT UNION HIGH SCHOOL DISTRICT ET AL.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 90–6769.  MOODY v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–6803.  CROSSFIELD v. UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 90–6849.  SAHHAR v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–7043.  FORD v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.